### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**BRUCE LANDSBERG,**
    **et al.,**

        **Plaintiff,**

                                        **Case No. C2-05-500**
    **vs.**                                    **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Terence P. Kemp**

**ACTON ENTERPRISES, INC.,**

        **Defendant.**

### <u>ORDER</u>

In light of the parties' settlement, and the fact that the Court has, by previous Opinion and Order, approved the proposed Notice to the potential opt-in Plaintiffs, **PLAINTIFF'S SECOND MOTION TO CERTIFY PROVISIONAL CLASS AND SEND OPT-IN NOTICE** (Doc. #50) and **DEFENDANT'S MOTION TO DISMISS** (Doc. #51) are **DENIED AS MOOT**.

        **IT IS SO ORDERED.**

8 -12-2008
_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**